# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Chapter 13

                                       Bankruptcy No. 17-11556-AMC

        LINDA L. SOLOMON

        2811 N 24th Street

        Philadelphia, PA 19132

            Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

    Debtor(s), at the address listed, by first class mail.

      LINDA L. SOLOMON

      2811 N 24th Street

      Philadelphia, PA 19132

Counsel for debtor(s), by electronic notice only.

      CIBIK & CATALDO
      1500 WALNUT STREET
      SUITE 900
      PHILA, PA 19102-

                                   /S/ William C. Miller

Date: 7/14/2017                    _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee