United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-11556-amc
Linda L. Solomon                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2                Date Rcvd: Sep 19, 2017
                              Form ID: pdf900          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.
```
db         +Linda L. Solomon,   2811 N 24th Street,   Philadelphia, PA 19132-1928
cr         +JPMorgan Chase Bank, National Association,   3415 Vision Drive,   Columbus, OH 43219-6009
13882303   +Aes/pnc Natl City,   Pob 61047,   Harrisburg, PA 17106-1047
13952845    American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern  PA 19355-0701
13882304   +Amex,   Correspondence,   PO Box 981540,   El Paso, TX 79998-1540
13882305   +Chase Mortgage,   3415 Vision Dr,   Columbus, OH 43219-6009
13963125   +Chase Records Center,   ATTN: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
             Monroe, LA 71203-4774
13882310   +Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   PO Box 182125,   Columbus, OH 43218-2125
13882312   +Eastern Revenue Inc,   998 Old Eagle School Rd,   Wayne, PA 19087-1805
13882313   +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13882315   +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13882317   +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13882318    PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
             Harrisburg, PA 17120-0946
13882319   +PGW,   Legal Dept. 4th Floor,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
13905060   +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13882320   +Philadelphia Fed Cr Un,   12800 Townsend Rd,   Philadelphia, PA 19154-1095
13882322   +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
             Chicago, IL 60661-3631
13919810    US DEPT OF EDUCATION,   CLAIMS FILING UNIT,   P O BOX 8973,   MADISON, WI 53708-8973
13882323   +Us Dept Of Ed/Great Lakes Higher Educati,   Attn: Bankruptcy,   2401 International Lane,
             Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Sep 20 2017 01:45:44      City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2017 01:45:08
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2017 01:45:28      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy@phila.gov Sep 20 2017 01:45:44      City of Philadelphia,
             Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
13882308    E-mail/Text: bankruptcy@phila.gov Sep 20 2017 01:45:43      City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
13882309    E-mail/Text: bankruptcy@phila.gov Sep 20 2017 01:45:44      City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13882306   +E-mail/Text: ecf@ccpclaw.com Sep 20 2017 01:44:46      Cibik & Cataldo, P.C.,
             1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
13882311   +E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2017 01:44:52      Ditech,   Attn: Bankruptcy,
             PO Box 6172,   Rapid City, SD 57709-6172
13882314   +E-mail/Text: bknotice@erccollections.com Sep 20 2017 01:45:20      ERC/Enhanced Recovery Corp,
             8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13882316    E-mail/Text: cio.bncmail@irs.gov Sep 20 2017 01:44:50      I.R.S.,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
13903827    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2017 01:51:19      LVNV Funding, LLC,
             c/o Resurgent Capital Services,   PO BOX 10675,   Greenville, SC 29603-0675
13882321    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 01:52:04
             Portfolio Recovery,   PO box 41067,   Norfolk, VA 23541
13961559    E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2017 01:44:52
             The Bank of New York Mellon FKA The Bank of New Yo,   c/o Ditech Financial LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13882307*     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Sep 19, 2017
                              Form ID: pdf900              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES SERIES
               2006-6 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Linda L. Solomon ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Linda L. Solomon ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Linda Solomon

     DEBTORS : BKY. NO. 17-11556AMC13

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

     AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.     This chapter 13 bankruptcy case is **DISMISSED**.

2.     Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.     Any wage orders previously entered are **VACATED**.

4.     Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.     All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.     Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7.     A hearing shall be held on __October 17__, 2017 at __11:00 a.m.__, in Bankruptcy Court No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

                            By the Court:

Date: September 19, 2017

                            Hon. ASHELY M. CHAN