**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: LINDA SOLOMON, <br><br> Debtor(s). | Case No. 17-11556AMC13 <br><br> Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

    **AND NOW**, this ___17th___ day of ___October___, 201_7_, upon consideration of

the Application for Compensation, it is

    **ORDERED and DECREED** that counsel fees in the amount of **$3,000.00** are approved and the

balance due to counsel in the amount of **$2,000.00** shall be disbursed in accordance with the Chapter 13

plan.

BY THE COURT

_____

HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

LINDA SOLOMON
Debtor(s)
2811 N 24th Street
Philadelphia, PA  19132